1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| DEP-AUTOLINE, INC., | Case No.: SACV 13-01385-JLS (ANx) |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT FOR DEFENDANTS** |
| JANET NAPOLITANO, Secretary of Homeland Security, ALEJANDRO MAYORKAS, Director, United States Citizenship and Immigration Services, | [Honorable Josephine L. Staton] |
| Defendants. | |

1    In light of the Order Denying Plaintiff's Motion For
2 Summary Judgment filed on October 23, 2014, in which the Court
3 concluded that the Administrative Appeals Office's decision was
4 not arbitrary, capricious, an abuse of discretion, or otherwise
5 not in accordance with the law, and because no other issues
6 remain to be decided,
7    IT IS ORDERED, ADJUDGED, AND DECREED that judgment be and
8 hereby is entered in favor of defendants Janet Napolitano,
9 Secretary of Homeland Security, and Alejandro Mayorkas,
10 Director, United States Citizenship and Immigration Services.

**SO ORDERED:**

Dated: October 29, 2014

JOSEPHINE L. STATON
Honorable Josephine L. Staton
United States District Judge

1